UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRITTANY PERROUX, | § § § § | |
| *Plaintiff,* | | |
| v. | § § § | Civil Action: 1:25-cv-00045-RP |
| RENT RECOVERY SOLUTIONS, LLC, NATIONAL CREDIT AUDIT CORPORATION, PROCOLLET, INC., COLUMBIA DEBT RECOVERY, LLC d/b/a GENESIS CREDIT, I.Q. DATA INTERNATIONAL | § § § § § § § § § | Honorable Robert Pitman |
| *Defendants.* | § | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff Brittany Perroux, ("Plaintiff") and National Credit Audit Corporation, ("NCAC") (collectively the "Parties") have reached a settlement. The Parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant NCAC pursuant to Fed. R. Civ. P. 41(a) within 45-days.

This matter continues as to the remaining Defendants.

1

Dated: February 14, 2025			Respectfully submitted,

					By:	/s/ *James M. Smith*

						James M. Smith (6285183)
						Doherty Smith, LLC
						7000 W. 127th Street
						Palos Heights, IL 60462
						Phone: 312-319-2879
						Fax: 312-319-4084
						JSmith@dohertysmith.com

						Tod A. Lewis (Texas Bar #24091999)
						Tod Lewis Law, PLLC
						5900 Balcones Drive #17239
						Austin, TX 78731
						512-739-0390 (cell )
						1-737-205-1291 (facsimile)
						Tod@texasfaircredit.com

						*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the Friday, February 14, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all users.

      By: */s/ James M. Smith*