UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRITTANY PERROUX, | § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action: 1:25-cv-00045-RP |
| RENT RECOVERY SOLUTIONS, LLC, PROCOLLET, INC., COLUMBIA DEBT RECOVERY, LLC d/b/a GENESIS CREDIT, I.Q. DATA INTERNATIONAL | § § § § § § | Honorable Robert Pitman |
| *Defendants.* | § § | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff Brittany Perroux, ("Plaintiff") and Rent Recovery Solutions, LLC, ("Rent Recovery") (collectively the "Parties") have reached a settlement. The Parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Rent Recovery pursuant to Fed. R. Civ. P. 41(a) within 45-days.

This matter continues as to the remaining Defendants.

Dated: February 20, 2025                                Respectfully submitted,

                                                          By:   /s/ *James M. Smith*

                                                                    James M. Smith (6285183)
                                                                    Doherty Smith, LLC
                                                                    7000 W. 127th Street
                                                                    Palos Heights, IL 60462
                                                                    Phone: 312-319-2879
                                                                    Fax: 312-319-4084
                                                                    JSmith@dohertysmith.com

                                                                    Tod A. Lewis (Texas Bar #24091999)
                                                                    Tod Lewis Law, PLLC
                                                                    5900 Balcones Drive #17239
                                                                    Austin, TX 78731
                                                                    512-739-0390 (cell )
                                                                    1-737-205-1291 (facsimile)
                                                                    Tod@texasfaircredit.com

                                                                    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the Thursday, February 20, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all users.

      By: */s/ James M. Smith*