IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BRITTANY PERROUX, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RENT RECOVERY SOLUTIONS, LLC, ) <br> NATIONAL CREDIT AUDIT CORPORATION ) <br> PROCOLLECT, INC., COLUMBIA DEBT ) <br> RECOVERY LLC d/b/a GENESIS CREDIT, I.Q. ) <br> DATA INTERNATIONAL, ) <br> ) <br> ) <br> Defendants. ) | Civil Action No.: 1:25-cv-45-RP <br><br> Honorable Robert Pitman |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff Brittany Perroux ("Plaintiff") and Defendant Columbia Debt Recovery LLC d/b/a Genesis Credit ("Columbia") (collectively the "Parties") have reached a settlement. The Parties anticipate filing a Stipulation of Dismissal or Voluntary Dismissal with Prejudice as to Defendant Columbia pursuant to Fed. R. Civ. P. 41(a) within 60-days.

This matter continues as to the remaining Defendants.

Dated: March 11, 2025

Respectfully submitted,

*/s/ James M. Smith*
James M. Smith
Doherty Smith, LLC
7000 W. 127th Street
Palos Heights, IL 60462
Phone: 312.319.2879
JSmith@dohertysmith.com

1

                        Tod A. Lewis (Texas Bar #24091999)
                        Tod Lewis Law, PLLC
                        13267 Darwin Lane
                        Austin, TX 78729-6464
                        512-739-0390 (cell)
                        1-737-205-1291 (facsimile)
                        Tod@texasfaircredit.com

## CERTIFICATE OF SERVICE

    I hereby certify that on March 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *James M. Smith*
